IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **ALEX ALFONSO SALAVERRIA, II,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-229-O-BP |
| | § | |
| **AMERICAN AIRLINES GROUP,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the plaintiff **SHALL FILE** an amended complaint addressing the deficiencies described by the magistrate judge on or before fourteen days after today. Failure to do so may result in the case being dismissed with prejudice.

**SO ORDERED** on this 25th day of July, 2024.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE